**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**CYNTHIA NEAL**                                                                                    **PLAINTIFF**

**v.**                              **Case No. 3:22-cv-00111 KGB**

**FAMILY DOLLAR SERVICES, LLC**                                                **DEFENDANT**

**ORDER OF REASSIGNMENT**

The above styled case was assigned to the docket of United States District Judge Kristine G. Baker, on May 3, 2022. Because Attorney Joseph R. Falasco appears on the Court's recusal list and has entered an appearance as counsel for defendant Family Dollar Services, LLC, the case should be reassigned.

The Clerk's Office is directed to issue a Notice of Reassignment.

Dated this 31st day of May 2022.

                                                 **AT THE DIRECTION OF THE COURT
TAMMY H. DOWNS, CLERK**

                                                 BY:  Tracy M. Washington
                                                    Courtroom Deputy to United States
                                                    District Judge Kristine G. Baker